**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tribeca Radiation Oncology Management, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0898136** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **408 Broadway** **New York, NY 10013** Number, Street, City, State & ZIP Code | **104 Woodmont Blvd,  Suite 500** **Nashville, TN 37205** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Tribeca Radiation Oncology Management, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5511

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Tribeca Radiation Oncology Management, LLC**                    Case number (*if known*) _____
    Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Tribeca Radiation Oncology Management, LLC**                              Case number (*if known*)
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/23/2022
              MM / DD / YYYY

X   /s/ Stuart M. Bitting                              **Stuart M. Bitting**
    Signature of authorized representative of debtor    Printed name

Title   **Chief Financial Officer**

**18. Signature of attorney**

X   /s/ Shawn R. Fox                              Date   09/23/2022
    Signature of attorney for debtor                     MM / DD / YYYY

**Shawn R. Fox**
Printed name

**McGuireWoods LLP**
Firm name

**1251 Avenue of the Americas**
**New York, NY 10020-1104**
Number, Street, City, State & ZIP Code

Contact phone   **212-548-2165**        Email address   **sfox@mcguirewoods.com**

**4137709 New York**
Bar number and State

**RESOLUTIONS BY UNANIMOUS WRITTEN CONSENT**
**OF THE MEMBERS AND DIRECTORS OF**
**TRIBECA RADIATION ONCOLOGY MANAGEMENT, LLC**

Pursuant to Section 407 of the New York Limited Liability Company Law and Section 4.5(a) of the Limited Liability Company Agreement of Tribeca Radiation Oncology Management, LLC, a New York limited liability company (the "Company") dated as of September 28, 2012, the undersigned, being all the Members and Directors of the Company, do hereby certify their consent to the adoption of the following resolutions:

**WHEREAS**, the undersigned, being all the Members and Directors of the Company, have received and reviewed reports concerning the financial condition of the Company; and

**WHEREAS**, it appears in the business judgment of the Members and Board of Directors that it is in the best interests of the Company, its creditors, equity holders, and other interested parties, for the Company to be liquidated under the supervision of a United States Bankruptcy Court; it is hereby

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in a Bankruptcy Court of proper jurisdiction; and it is further

**RESOLVED**, that Stuart M. Bitting, the Chief Financial Officer of the Company (the "Authorized Officer"), is hereby authorized and directed, in the name and on behalf of the Company, to prepare or cause to be prepared, and to execute or cause to be executed, all documents, petitions, pleadings, and other instruments necessary, or in the sole discretion of the Authorized Officer, appropriate, to cause the initiation and prosecution of a case under chapter 7 of the Bankruptcy Code; and it is further;

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the sole director of the Company.

[signature page follows]

1

IN WITNESS WHEREOF, the undersigned Members of the Company have executed this written consent as of the 22nd day of September 2022.

ETRO, LLC

By: _____
    Name: Stuart M. Bitting
    Title: Chief Financial Officer


NEW YORK CITY FIRST LAND PARTNERS, LLC

By: _____
    Name: Stuart M. Bitting
    Title: Chief Financial Officer


IN WITNESS WHEREOF, the undersigned Directors of the Company have executed this written consent as of the 22nd day of September 2022.

_____
Josh Johnson

_____
Stuart M. Bitting

_____
Ryan White

*Signature Page to Resolutions of Tribeca Radiation Oncology Management, LLC*

# United States Bankruptcy Court
## Southern District of New York

In re   **Tribeca Radiation Oncology Management, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tribeca Radiation Oncology Management, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ETRO, LLC**
**104 Woodmont Blvd,  Suite 500**
**Nashville, TN 37205**

**New York City First Land**
**Partners, LLC**
**104 Woodmont Blvd., Suite 500**
**Nashville, TN 37205**

☐ None [*Check if applicable*]

9/23/2022

/s/ Shawn R. Fox

_____
Date

**Shawn R. Fox**
Signature of Attorney or Litigant
Counsel for   **Tribeca Radiation Oncology Management, LLC**
**McGuireWoods LLP**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**
**212-548-2165**
**sfox@mcguirewoods.com**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tribeca Radiation Oncology Management, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on  9/23/2022 | **X** ___ /s/ Stuart M. Bitting |
| | Signature of individual signing on behalf of debtor |
| | **Stuart M. Bitting** |
| | Printed name |
| | **Chief Financial Officer** |
| | Position or relationship to debtor |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Tribeca Radiation Oncology Management, LLC** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ _____ 69,982.10

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $ _____ 69,982.10

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ 1,858,693.67

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b    $ _____ 1,858,693.67

**Fill in this information to identify the case:**

Debtor name    **Tribeca Radiation Oncology Management, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.    **Cash at Wells Fargo as of 7/31/2022** | **Checking** | 6930 | $6,294.10 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                                                      $6,294.10
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **Security deposit 408 Broadway**                                                            $63,688.00

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                                                                      $63,688.00
Add lines 7 through 8. Copy the total to line 81.

| Debtor | **Tribeca Radiation Oncology Management, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**No inventory taken of miscellaneous items; net book value fully depreciated** | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**No inventory taken of miscellaneous items; net book value fully depreciated** | **$0.00** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No

| Debtor | **Tribeca Radiation Oncology Management, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Property and Equipment - See attached | $1,227,650.46 | N/A | Unknown |

51. **Total of Part 8.**   $0.00
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **408 Broadway, New York, NY 10013** | Lessee | $0.00 | | $0.00 |

Schedule A/B Assets - Real and Personal Property

Debtor    **Tribeca Radiation Oncology Management, LLC**                Case number *(If known)* _____
_____
Name

56.    **Total of Part 9.**                                                                                      | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Arbitration: Tribeca Radiation Oncology Management, LLC v. Tribeca Radiation, PLLC #01-21-0002-4149**                                      **Unknown**
_____
Nature of claim       **Confidential Arbitration**
                      _____
Amount requested      **Unknown**
                      _____

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                                      | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Tribeca Radiation Oncology Management, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,294.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $63,688.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $69,982.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $69,982.10 |

| | | | | | | TROM | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: | Thursday, June 2, 2022 | | | | | | | Page: | |
| Time: | 10:11AM | | | | | | | Report: | FA720_TRIALBALDET.rpt |
| User: | ACRANE | | | | | | | Company: | 406 |

**Assets Trial Balance - Standard**

**Period: 05-22 As of: 6/2/2022   Book: INTERNAL  INTERNAL   Asset Currency: USD**

| Period | Tran Type | Batch | Tran Description | Depr Method | Cost | Accum Depr | Book Value | Sales | PTD Depr |
|---|---|---|---|---|---|---|---|---|---|
| **Book Sequence:** | | 1 | | | | | | | |
| **Asset Id / Sub Id:** | | 0000011251 / 0000000001 | Description: | LEASEHOLD IMPROVEMENT | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 100.61 | 100.61 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011252 / 0000000001 | Description: | PURCHASE SET UP ENTRIES | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 1,436,021.58 | 342,663.10 | 1,093,358.48 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011253 / 0000000001 | Description: | PRIDE & SERVICE - FURNISHED & INSTALLED NEW HA | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 1,490.59 | 1,490.59 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011254 / 0000000001 | Description: | PERFORMANCE MECHANICAL - 2 NEW COMPRESSORS | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 18,906.53 | 4,063.80 | 14,842.73 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011255 / 0000000001 | Description: | GRACE RENOVATIONS - INTERIOR WORK STEPS,COUI | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 1,022.33 | 260.52 | 761.81 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011256 / 0000000001 | Description: | GRACE RENOVATIONS - INTERIOR WORK STEPS,COUI | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 9,697.99 | 2,252.12 | 7,445.87 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011257 / 0000000001 | Description: | PERFORMANCE MECHANICAL - NEW COMPRESSOR | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 13,121.93 | 2,967.64 | 10,154.29 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011258 / 0000000001 | Description: | ALEX'S ELECSTICAL - SCR DRIVER BOARD | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 4,728.97 | 887.04 | 3,841.93 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011259 / 0000000001 | Description: | PERFORMANCE MECHANICAL - COMPRESSOR | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 10,615.31 | 1,377.17 | 9,238.14 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011260 / 0000000001 | Description: | PERFORMANCE MECHANICAL - GLYCOL FEEDER | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 6,314.75 | 789.30 | 5,525.45 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011261 / 0000000001 | Description: | PERFORMANCE MECHANICAL - AIR CONDITIONING | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 13,637.02 | 1,590.96 | 12,046.06 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011262 / 0000000001 | Description: | PRIDE & SERVICE - DOOR UPGRADE | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 14,429.14 | 1,653.30 | 12,775.84 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011263 / 0000000001 | Description: | EBM | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 183.76 | 183.76 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011264 / 0000000001 | Description: | MODERN ENTERPRISE SOLUTIONS | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 4,463.99 | 4,463.99 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011265 / 0000000001 | Description: | COMPASS - MAC BOOK | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 1,160.97 | 838.50 | 322.47 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011266 / 0000000001 | Description: | EMEDICAL | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 3,200.00 | 693.42 | 2,506.58 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011267 / 0000000001 | Description: | EMEDICAL - TRO COLO MACHINE UPGRADE | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 700.73 | 700.73 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011268 / 0000000001 | Description: | XMEDIUS - SOFTWARE UPGRADE | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 1,321.06 | 1,321.06 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011269 / 0000000001 | Description: | VARIAN - INFO EXCHANGE MANAGER | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 3,204.88 | 3,204.88 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011270 / 0000000001 | Description: | EMEDICAL - FIREWALL UPGRADE | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 692.17 | 692.17 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011271 / 0000000001 | Description: | ADVICE MEDIA - WEBSITE DEVELOPMENT | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 1,531.65 | 1,531.65 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011272 / 0000000001 | Description: | EBM - APC SMART POWER SUPPLY | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 2,547.97 | 2,547.97 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011273 / 0000000001 | Description: | EQUICARE HEALTH - SOFTWARE LICENSES | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 7,078.64 | 7,078.64 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011274 / 0000000001 | Description: | EQUICARE HEALTH - CONTRACT#C201509.398 | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 1,179.75 | 1,179.75 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011275 / 0000000001 | Description: | VARIAN - COMPUTER SOFTWARE | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 13,415.88 | 13,415.88 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011276 / 0000000001 | Description: | EMEDICAL - HARD  DRIVE REPLACEMENT | | | Co Asset No: | TRO | |
| | | | | Beginning Balance | 5,000.00 | 2,307.78 | 2,692.22 | 0.00 | |

| Date: | Thursday, June 2, 2022 | | | | | | Page: | CUMM |
| Time: | 10:11AM | | | | | | Report: | FA720_TRIALBALDET.rpt |
| User: | ACRANE | | | | | | Company: | 406 |

### Assets Trial Balance - Standard

**Period: 05-22 As of: 6/2/2022   Book: INTERNAL   INTERNAL   Asset Currency: USD**

| Period | Tran Type | Batch | Tran Description | Depr Method | Cost | Accum Depr | Book Value | Sales | PTD Depr |
|--------|-----------|-------|------------------|-------------|------|------------|------------|-------|----------|
| **Asset Id / Sub Id:** | | 0000011277 / 0000000001 | **Description:** | MEDICAL EQUIPMENT | | | | | |
| | | | | Beginning Balance | (2,303.42) | (2,303.42) | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011278 / 0000000001 | **Description:** | PURCHASE STEP UP | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | (1,659.22) | (1,659.22) | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011279 / 0000000001 | **Description:** | VARIAN - ARIA UPGRADE | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 1,946.68 | 1,946.68 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011280 / 0000000001 | **Description:** | OPTIM - FPK KIT | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 1,099.29 | 1,099.29 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011281 / 0000000001 | **Description:** | CIVCO - PUMP | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 232.57 | 232.57 | 0.00 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011282 / 0000000001 | **Description:** | SUN NUCLEAR - IC PROFILER | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 7,139.73 | 3,867.24 | 3,272.49 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011283 / 0000000001 | **Description:** | SUN NUCLEAR - DAILY Q3 | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 1,742.06 | 985.40 | 756.66 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011284 / 0000000001 | **Description:** | COMPASS BANK - LUDLUM EQUIPMENT | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 1,461.79 | 584.48 | 877.31 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011285 / 0000000001 | **Description:** | ONCOLOGY SERVICES - SHOULD MOTOR ARM | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 5,312.21 | 2,092.74 | 3,219.47 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011286 / 0000000001 | **Description:** | VARIAN - IEM INTERFACE FOR RADONC | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 14,247.81 | 5,532.28 | 8,715.53 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011287 / 0000000001 | **Description:** | OSI - DIGITIZATION | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 6,676.77 | 2,592.46 | 4,084.31 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011288 / 0000000001 | **Description:** | OSI - AEROTECH MOTOR ETR | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 2,204.59 | 855.92 | 1,348.67 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011289 / 0000000001 | **Description:** | OSI - PCB MOTOR DRIVE ARM | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 2,798.33 | 1,024.14 | 1,774.19 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011290 / 0000000001 | **Description:** | OSI - MAIN THYRATION | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 9,576.71 | 2,527.19 | 7,049.52 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011291 / 0000000001 | **Description:** | CIVBO RADIOTHERAPY | | | **Co Asset No:** TRO | | |
| | | | | Beginning Balance | 6,918.00 | 518.85 | 6,399.15 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011815 / 0000000001 | **Description:** | WEBSITE BUILD OUT | | | **Co Asset No:** | | |
| | | | | Beginning Balance | 15,000.00 | 1,250.01 | 13,749.99 | 0.00 | |
| **Asset Id / Sub Id:** | | 0000011851 / 0000000001 | **Description:** | SECURE USER | | | **Co Asset No:** | | |
| | | | | Beginning Balance | 1,002.70 | 111.40 | 891.30 | 0.00 | |

Total For Company/Book/Currency:  406 / INTERNAL / USD   1,649,164.80   421,514.34   0.00

**Fill in this information to identify the case:**

Debtor name    **Tribeca Radiation Oncology Management, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Tribeca Radiation Oncology Management, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425,653.83 |
|---|---|---|---|

**408 Broadway Realty LLC**
**408 Broadway**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  0921 to 0522  408 Broadway rent

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AAAASF**
**7500 Grand Avenue**
**Gurnee, IL 60031**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  7878 - Uncashed check

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,733.61 |
|---|---|---|---|

**Avante Health Solutions**
**1040 Derita Rd., Ste. A**
**Concord, NC 28027**

Date(s) debt was incurred _
Last 4 digits of account number  6AVA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ConEdison**
**Cooper Station**
**PO Box 138**
**New York, NY 10276-0138**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  7867 - Uncashed check

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tribeca Radiation Oncology Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,420.19** |
|---|---|---|---|

**DynaLink Communications**
**PO Box 180252**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number   **NALI**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198,598.00** |
|---|---|---|---|

**E Healthcare, LLC**
**104 Woodmont Blvd**
**Suite 500**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number   **1406**

Basis for the claim:   **Intercompany**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,317.00** |
|---|---|---|---|

**Epstein Becker & Green, PC**
**PO Box 30036**
**New York, NY 10087-0036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number   **STEI**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hrdirect**
**PO Box 669390**
**Pompano Beach, FL 33066-9390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number   **DIRE**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,925.23** |
|---|---|---|---|

**Integrated Physician Support**
**Services LLC**
**2865 E. Coast Hwy, Suite 210**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Invoice 952 Billing and Collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,845.06** |
|---|---|---|---|

**Integrated Physician Support**
**Services LLC**
**2865 E. Coast Hwy, Suite 210**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Invoice 1027 Billing and Collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,000.00** |
|---|---|---|---|

**Integrated Physician Support**
**Services LLC**
**2865 E. Coast Hwy, Suite 210**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6702**

Basis for the claim:   **Intercompany**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tribeca Radiation Oncology Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,552.55** |
|---|---|---|---|

**ION**
**104 Woodmont Blvd., Ste. 500**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6ION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,716.94** |
|---|---|---|---|

**ION**
**104 Woodmont Blvd., Ste. 500**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **IPSS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,422.99** |
|---|---|---|---|

**ION**
**104 Woodmont Blvd**
**Suite 500**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Invoice 953 Management Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.75** |
|---|---|---|---|

**ION**
**104 Woodmont Blvd**
**Suite 500**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Invoice 1028 Management Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262,792.00** |
|---|---|---|---|

**ION**
**104 Woodmont Blvd**
**Suite 500**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany**

Last 4 digits of account number  **6700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255,580.00** |
|---|---|---|---|

**ION Staffing**
**104 Woodmont Blvd**
**Suite 500**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany**

Last 4 digits of account number  **6701**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,005.64** |
|---|---|---|---|

**Iron Mountain**
**PO Bo 27128**
**New York, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **ONMT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tribeca Radiation Oncology Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,515.16**

**Konica Minolta**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  __NICA__

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Lizzul Orgera & Weihs CPA**
**585 Stewart Ave #414**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  __

Basis for the claim:  __2022 Accounting Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$921.87**

**Majik Cleaning Services, INC.**
**299 Broadway, Ste. 1610**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  __AJIK__

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,168.38**

**McCarthy, Burgess & Wolff**
**The MB&W Building**
**26000 Cannon Road**
**Cleveland, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  __RIZO__

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.75**

**McKesson Medical Surgical**
**PO Box 51020**
**Los Angeles, CA 90051-5320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  __KESS__

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,397.90**

**Nixon Medical Apparal & Linen Svc.**
**Nixon A/R**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  __IXON__

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,090.00**

**NY Dept of Finance**
**59 Maiden Lane, 19th Fl.**
**New York, NY 10038-4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  __

Basis for the claim:  __2021 2022 Franchise Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tribeca Radiation Oncology Management, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,184.94** |

**NY Dept of Finance**
**59 Maiden Lane, 19th Fl.**
**New York, NY 10038-4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2021 2022 WTW Commercial Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |

**NYC Dept. of Finance**
**59 Maiden Lane, 19th Fl.**
**New York, NY 10038-4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **CFIN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,372.00** |

**NYC Dept. of Finance**
**PO Box 3931**
**New York, NY 10008-3931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **CFI3**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$538.93** |

**Performance Mechanical Corp.**
**204 Madison Ave.**
**Garden City Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **RFOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$781.46** |

**Pride & Service Elevator Co., Inc.**
**455 Ludlow Avenue**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **RIDE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,000.00** |

**Sightline Health**
**2865 East Coast Highway #210**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: I̲ntercompany

Last 4 digits of account number  **1406**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sing Construction**
**39 Lispenard Street - Basement**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **7833 - Uncashed check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tribeca Radiation Oncology Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,756.48 |
|---|---|---|---|

**3.33**
Nonpriority creditor's name and mailing address
**Sing Tao Newspaper NY Ltd.**
**188 Lafayette Street**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number __NGTA__

As of the petition filing date, the claim is: Check all that apply.    **$6,756.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34**
Nonpriority creditor's name and mailing address
**Staples**
**PO Box 660409**
**Dallas, TX 75266-0409**

Date(s) debt was incurred _
Last 4 digits of account number __APLE__

As of the petition filing date, the claim is: Check all that apply.    **$131.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35**
Nonpriority creditor's name and mailing address
**Stericycle, Inc.**
**PO Box 6582**
**Carol Stream, IL 60197-6582**

Date(s) debt was incurred _
Last 4 digits of account number __TERI__

As of the petition filing date, the claim is: Check all that apply.    **$435.15**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36**
Nonpriority creditor's name and mailing address
**Tribeca Radiation, PLLC**
**Attn: John Paul Tracy Ng, MD**
**408-410 Broadway, 1st Floor**
**New York, NY 10013**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Dispute in arbitration**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37**
Nonpriority creditor's name and mailing address
**Varian Medical Systems**
**70140 Network Place**
**Chicago, IL 60673-1701**

Date(s) debt was incurred _
Last 4 digits of account number __RIAN__

As of the petition filing date, the claim is: Check all that apply.    **$243,559.07**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38**
Nonpriority creditor's name and mailing address
**Verizon**
**PO Box 489**
**Newark, NJ 07101-0489**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$3,168.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **7858 - Uncashed check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39**
Nonpriority creditor's name and mailing address
**World Journal**
**141-07 20th Avenue**
**Whitestone, NY 11357**

Date(s) debt was incurred _
Last 4 digits of account number __ORLD__

As of the petition filing date, the claim is: Check all that apply.    **$4,468.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **Tribeca Radiation Oncology Management, LLC**          Case number (if known) _____
        _____
        Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,858,693.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,858,693.67 |

**Fill in this information to identify the case:**

Debtor name  **Tribeca Radiation Oncology Management, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Management Services Agreement** | |
| State the term remaining | **Integrated Oncology Network LLC    Attn: President 2865 East Coast Hwy #210 Corona Del Mar, CA 92625** |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Billing and Collection Services Agreement** | |
| State the term remaining | **IPSS - Integrated Physician Support Services, LLC 2865 East Coast Hwy #210 Corona Del Mar, CA 92625** |
| List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Administrative services and infrastructure access agreement** | |
| State the term remaining | **Premier Physicians of New York Attn: President 3599 University Blvd. South Jacksonville, FL 32216** |
| List the contract number of any government contract | |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **First Amended and Restated Administrative Services and Infrastructure Access Agreement** | |
| State the term remaining | **Tribeca Radiation, PLLC Attn: JP Tracy Ng, MD 408 Broadway New York, NY 10013** |
| List the contract number of any government contract | |

Debtor 1    **Tribeca Radiation Oncology Management, LLC**                          Case number *(if known)* _____

      First Name            Middle Name           Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5.   State what the contract or lease is for and the nature of the debtor's interest     **Assignment and Assumption Agreement (Lease)** | |
|       State the term remaining | **Tribeca Radiation, PLLC  c/o Rivkin Radler LLP (B. Bank) 926 RXR Plaza Uniondale, NY 11556-0926** |
|     List the contract number of any government contract    _____ | |

**Fill in this information to identify the case:**

Debtor name    **Tribeca Radiation Oncology Management, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **JP Tracy Ng, MD** | **c/ Rivkin Radler LLP (B. Bank)**<br>**926 RXR Plaza**<br>**Uniondale, NY 11556-0926** | **408 Broadway Realty LLC** | ☐ D _____<br>■ E/F ___**3.1**___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Tribeca Radiation Oncology Management, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other  **N/A** | **$0.00** |
    | **For prior year:** From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  **N/A** | **$0.00** |
    | **For year before that:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$2,559,444.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

| Debtor | Tribeca Radiation Oncology Management, LLC | Case number *(if known)* | |

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Tribeca Radiation Oncology Management, LLC v. Tribeca Radiation, PLLC**<br>**01-21-0002-4149** | **Confidential arbitration** | **American Arbitration Association**<br>**New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address<br>**N/A** | Describe the property | Value |
|---|---|---|
| | | **$0.00** |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **Tribeca Radiation Oncology Management, LLC** | Case number *(if known)* | _____ |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McGuireWoods LLP**<br>**1251 Avenue of the Americas**<br>**New York, NY 10020-1104** | **Attorney Fees** | **9/23/2022** | **$25,000.00** |
| | Email or website address<br>**mcguirewoods.com** | | | |
| | Who made the payment, if not debtor?<br>**ION Intermediate Holdings, LLC** | | | |
| 11.2. | **BMC Group, Inc.**<br>**600 1st Avenue**<br>**Seattle, WA 98104** | **Information, data and forms management and services related to chapter 7 case preparation.** | **6/01/2022** | **$10,000.00** |
| | Email or website address<br>**bmcgroup.com** | | | |
| | Who made the payment, if not debtor?<br>**ION Intermediate Holdings, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor    **Tribeca Radiation Oncology Management, LLC**                    Case number *(if known)* _____

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **4**

| Debtor | **Tribeca Radiation Oncology Management, LLC** | Case number *(if known)* |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

Debtor  **Tribeca Radiation Oncology Management, LLC**          Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **ION Intermediate Holdings, LLC**<br>**104 Woodmont Blvd**<br>**Suite 500**<br>**Nashville, TN 37205** | **From inception to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **ION Intermediate Holdings, LLC**<br>**104 Woodmont Blvd**<br>**Suite 500**<br>**Nashville, TN 37205** | **From inception to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **ION Intermediate Holdings, LLC**<br>**104 Woodmont Blvd**<br>**Suite 500**<br>**Nashville, TN 37205** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Tribeca Radiation Oncology Management, LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **ION Intermediate Holdings, LLC** | **104 Woodmont Blvd Suite 500 Nashville, TN 37205** | **Managing Member** | **Indirect 97.06%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Josh Johnson** | **104 Woodmont Blvd Suite 500 Nashville, TN 37205** | **CEO** | **N/A** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Stuart Bitting** | **104 Woodmont Blvd Suite 500 Nashville, TN 37205** | **CFO** | **N/A** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **Integrated Oncology Network Holdco, LLC** | **EIN:    83-1890382** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Tribeca Radiation Oncology Management, LLC**    Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _9/23/2022_____

_/s/ Stuart M. Bitting_____          **Stuart M. Bitting**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Financial Officer**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern _____ District Of New York _____

**In re**   Tribeca Radiation Oncology Management, LLC

Case No. _____

**Debtor**                                                    Chapter ___7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___N/A_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $___$25,000_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___22,272.30_____

2.   The source of the compensation paid to me was:

☐ Debtor          ☒ Other (specify)   ION Intermediate Holdings, LLC

3.   The source of compensation to be paid to me is:

☐ Debtor          ☒ Other (specify)   ION Intermediate Holdings, LLC

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

* ION Intermediate Holdings, LLC ("ION") has provided McGuireWoods LLP with a $25,000 retainer (the "Retainer") to cover bankruptcy-related fees incurred in the period immediately prior to and following the bankruptcy filing.  In addition to the Retainer, Ion has incurred approximately $22,272.30 to McGuireWoods for legal analysis and other services in contemplation of a potential bankruptcy filing, which has not yet been paid.

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 9/23/2022 | /s/ Shawn R. Fox |
|---|---|
| *Date* | *Signature of Attorney* |
| | McGuireWoods LLP |
| | *Name of law firm* |

# United States Bankruptcy Court
### Southern District of New York

In re   **Tribeca Radiation Oncology Management, LLC**                    Case No. _____
                                              Debtor(s)          Chapter    **7** _____


# VERIFICATION OF CREDITOR MATRIX


I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   9/23/2022                                    /s/ Stuart M. Bitting
_____                    _____
                                                   **Stuart M. Bitting**/**Chief Financial Officer**
                                                   Signer/Title

408 BROADWAY REALTY LLC
408 BROADWAY
NEW YORK, NY 10013


AAAASF
7500 GRAND AVENUE
GURNEE, IL 60031


AVANTE HEALTH SOLUTIONS
1040 DERITA RD., STE. A
CONCORD, NC 28027


CONEDISON
COOPER STATION
PO BOX 138
NEW YORK, NY 10276-0138


DYNALINK COMMUNICATIONS
PO BOX 180252
BROOKLYN, NY 11218


E HEALTHCARE, LLC
104 WOODMONT BLVD
SUITE 500
NASHVILLE, TN 37205


EPSTEIN BECKER & GREEN, PC
PO BOX 30036
NEW YORK, NY 10087-0036


HRDIRECT
PO BOX 669390
POMPANO BEACH, FL 33066-9390


INTEGRATED ONCOLOGY
NETWORK LLC    ATTN: PRESIDENT
2865 EAST COAST HWY #210
CORONA DEL MAR, CA 92625


INTEGRATED PHYSICIAN SUPPORT
SERVICES LLC
2865 E. COAST HWY, SUITE 210
CORONA DEL MAR, CA 92625

```
ION
104 WOODMONT BLVD
SUITE 500
NASHVILLE, TN 37205


ION STAFFING
104 WOODMONT BLVD
SUITE 500
NASHVILLE, TN 37205


IPSS - INTEGRATED PHYSICIAN
SUPPORT SERVICES, LLC
2865 EAST COAST HWY #210
CORONA DEL MAR, CA 92625


IRON MOUNTAIN
PO BO 27128
NEW YORK, NY 10087-7128


JP TRACY NG, MD
C/ RIVKIN RADLER LLP (B. BANK)
926 RXR PLAZA
UNIONDALE, NY 11556-0926


KONICA MINOLTA
21146 NETWORK PLACE
CHICAGO, IL 60673-1211


LIZZUL ORGERA & WEIHS CPA
585 STEWART AVE #414
GARDEN CITY, NY 11530


MAJIK CLEANING SERVICES, INC.
299 BROADWAY, STE. 1610
NEW YORK, NY 10007


MCCARTHY, BURGESS & WOLFF
THE MB&W BUILDING
26000 CANNON ROAD
CLEVELAND, OH 44146


MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES, CA 90051-5320
```

NIXON MEDICAL APPARAL & LINEN SVC.
NIXON A/R
NEW CASTLE, DE 19720


NY DEPT OF FINANCE
59 MAIDEN LANE, 19TH FL.
NEW YORK, NY 10038-4502


NYC DEPT. OF FINANCE
59 MAIDEN LANE, 19TH FL.
NEW YORK, NY 10038-4502


NYC DEPT. OF FINANCE
PO BOX 3931
NEW YORK, NY 10008-3931


PERFORMANCE MECHANICAL CORP.
204 MADISON AVE.
GARDEN CITY PARK, NY 11040


PREMIER PHYSICIANS OF NEW YORK
ATTN: PRESIDENT
3599 UNIVERSITY BLVD. SOUTH
JACKSONVILLE, FL 32216


PRIDE & SERVICE ELEVATOR CO., INC.
455 LUDLOW AVENUE
CRANFORD, NJ 07016


SIGHTLINE HEALTH
2865 EAST COAST HIGHWAY #210
CORONA DEL MAR, CA 92625


SING CONSTRUCTION
39 LISPENARD STREET - BASEMENT
NEW YORK, NY 10013


SING TAO NEWSPAPER NY LTD.
188 LAFAYETTE STREET
NEW YORK, NY 10013


STAPLES
PO BOX 660409
DALLAS, TX 75266-0409

```
STERICYCLE, INC.
PO BOX 6582
CAROL STREAM, IL 60197-6582


TRIBECA RADIATION, PLLC
ATTN: JOHN PAUL TRACY NG, MD
408-410 BROADWAY, 1ST FLOOR
NEW YORK, NY 10013


TRIBECA RADIATION, PLLC
ATTN: JP TRACY NG, MD
408 BROADWAY
NEW YORK, NY 10013


TRIBECA RADIATION, PLLC  C/O
RIVKIN RADLER LLP (B. BANK)
926 RXR PLAZA
UNIONDALE, NY 11556-0926


VARIAN MEDICAL SYSTEMS
70140 NETWORK PLACE
CHICAGO, IL 60673-1701


VERIZON
PO BOX 489
NEWARK, NJ 07101-0489


WORLD JOURNAL
141-07 20TH AVENUE
WHITESTONE, NY 11357
```